UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18-CR-022 |
| | ) | |
| vs. | ) | |
| | ) | |
| LAURISA DEVANE HUTCHINS | ) | |
| | ) | |


## GOVERNMENT'S MOTION TO SEAL

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and respectfully submits this motion to seal the defendant's Bureau of Prisons medical records, which it wishes to file as Exhibit 2 and Exhibit 3 to the Government's Opposition to the Defendant's Motion for Compassionate Release.

Respectfully submitted, this 3rd day of December, 2020.


R. ANDREW MURRAY
UNITED STATES ATTORNEY


/s/ Richard Lee Edwards

RICHARD LEE EDWARDS
ASSISTANT U. S. ATTORNEY
N.C. Bar Number 30205
100 Otis Street
Asheville, NC 28801
Telephone: (828) 271-4661
Fax: (828) 271-4670

1

E-mail: Richard.Edwards2@usdoj.gov

CERTIFICATE OF SERIVCE

I hereby certify that I have caused the forgoing motion to seal to be served on the defendant by first class mail at:

Laurisa Devane Hutchins, Reg. No. 34119-058
Alderson Federal Prison Camp
P.O. Box A
Alderson, WV 24910

This the 3rd day of December, 2020.

/s/ Richard Lee Edwards
RICHARD LEE EDWARDS
ASSISTANT UNITED STATES ATTORNEY